IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-MJ-00001-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) JUSTIN CAROLL GIBSON, ) ) Defendant. ) ) | ORDER |

This matter is before the Court *sua sponte*.

To this date, the Defendant remains a fugitive with no recent activity taking place in the case. Accordingly, the Court finds that this case should be administratively closed.

**IT IS, THEREFORE, ORDERED** that this case is administratively closed pending the apprehension or appearance of the above-captioned Defendant.

**IT IS SO ORDERED.**

Signed: January 4, 2021

W. Carleton Metcalf
United States Magistrate Judge