IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-mj-00001-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| JUSTIN CAROLL GIBSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court on the Government's Motion to Dismiss the Complaint (Doc. 5), which requests that the Criminal Complaint (Doc. 1) filed in this case be dismissed without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). It appearing that Defendant has been indicted in a separate matter, the Government's Motion to Dismiss will be granted.

The Government's Motion to Dismiss the Complaint (Doc. 5) is **GRANTED**, and the Criminal Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

Signed: August 18, 2021

W. Carleton Metcalf
United States Magistrate Judge